PROB 12C
(6/16)

Report Date: March 29, 2022

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael John Slater     Case Number: 0980 2:19CR00215-TOR-5

Address of Offender:     Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: September 9, 2020

Original Offense: Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349

Original Sentence: Prison - 21 months     Type of Supervision: Supervised Release
TSR - 60 months

Asst. U.S. Attorney: Ann Wick     Date Supervision Commenced: July 12, 2021

Defense Attorney: Stephen R. Hormel     Date Supervision Expires: July 11, 2026

---

### PETITIONING THE COURT

To issue a summons.

On July 12, 2021, Mr. Slater's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by failing to attend scheduled treatment sessions at Pioneer Human Services (PHS) on February 25, March 10, 11, and 25, 2022. Further, on March 28, 2022, he was discharged from treatment.

The probation officer received email correspondence from PHS indicating the offender failed to report for scheduled substance abuse treatment sessions on February 25, March 10, 11, and 25, 2022.

Prob12C
Re: Slater, Michael John
March 29, 2022
Page 2

|   |   |
|---|---|
|   | On March 28, 2022, this officer received correspondence from PHS indicating Mr. Slater was discharged from PHS due to his lack of attendance. |
| 2 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence:** The offender is alleged to have violated special condition number 7, by failing to report to PHS for urinalysis testing on March 9, 15, and 23, 2022. |
|   | The probation officer received email correspondence from PHS indicating Mr. Slater failed to report for urinalysis testing on March 9, 15, and 23, 2022. |
| 3 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
|   | **Supporting Evidence**: The offender is alleged to have violated special condition number 2, by failing to report for a scheduled appointment with the probation officer on March 21, 2022. |
|   | On March 16, 2022, the undersigned mailed a letter to the offender's last known address instructing him to report to the U.S. Probation Office on March 21, 2022. He failed to report as directed. |
| 4 | **Special Condition #7:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
|   | **Supporting Evidence:** The offender is alleged to have violated special condition number 7, by ingesting controlled substances, methamphetamine, amphetamine, and fentanyl, on or about March 28, 2022. |
|   | On March 28, 2022, Mr. Slater submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine, amphetamine, and fentanyl. At that time, he signed an admission form acknowledging use of said substances. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Slater, Michael John**
**March 29, 2022**
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  s/Lori Cross

March 29, 2022

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge
March 30, 2022

Date