PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: February 4, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 06, 2026

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Michael John Slater | Case Number: 0980 2:19CR00215-TOR-5 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, WA 99260 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: September 9, 2020 | |
| Original Offense:     Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence:   Prison - 21 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney:  Ann Wick | Date Supervision Commenced: July 12, 2021 |
| Defense Attorney:     Lorinda Youngcourt | Date Supervision Expires: July 11, 2026 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on January 28 and 29, 2026.

On July 12, 2021, the probation officer reviewed the conditions of supervision with the offender and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition # 7**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Standard Condition # 4:** You must be truthful when responding to the questions asked by the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 7, by ingesting a controlled substance, fentanyl, on or about January 23, 2026. It is also alleged the offender violated standard condition number 4, by being untruthful when the probation officer questioned him about his drug use on or about January 23, 2026.<br><br>On January 23, 2026, Mr. Slater provided a urine specimen at the U.S. Probation Office that returned presumptive positive for methamphetamine and fentanyl. At that time, he signed |

an admission form acknowledging use of methamphetamine; however, he denied use of fentanyl.

On January 28, 2026, a petition was submitted to the Court alleging his use of methamphetamine on or about January 23, 2026. At that time, the lab results for fentanyl were still pending.

On February 4, 2026, this officer received verification from Alere Toxicology that the above-referenced urine specimen was confirmed positive for fentanyl. As such, the offender was not truthful with the probation officer when questioned about his fentanyl use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 4, 2026

s/ Lori Cross

Lori Cross
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

February 6, 2026

Date